WOODRUFF, Appellant, v. ALGER, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Amos E. Woodruff against William G. Alger. A. E. Woodruff, for appellant. J. F. Kernochan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WOOLWORTH, Appellant, v. LEADER CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Frank W. Woolworth against the Leader Company. J. B. Handy, for appellant. J. W. Searing, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ZIMMERMAN, Respondent, v. T. H. SIMONSON & SON CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Jacob A. Zimmerman against the T. H. Simonson & Son Company. S. H. Stuart, for appellant. F. M. Avery, for respondent. No opinion. Judgment and order affirmed, with costs.